IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANAL PROPERTIES, LLC, a California Limited Liability Company<br><br>　　　　　Plaintiff,<br>　v.<br><br>ALLIANT TAX CREDIT V, INC., a Florida Corporation, ALLIANT TAX CREDIT FUND V LIMITED PARTNERSHIP, a Massachusetts, DOES 1-50 inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C 04-03201 SI<br><br>**ORDER DENYING 60 DAY EXTENSION OF TIME AND ADJUSTING BRIEFING SCHEDULE** |

On June 28, 2005, this Court stayed this action ("*Canal II*"), pending resolution of the appeal in the related action, *Canal Properties, LLC v. Alliant Tax Credit V, Inc., et al.*, No. C 02-1871 SI (*"Canal I"*). Defendants' then-pending motion for judgment on the pleadings in *Canal II* was denied without prejudice to renewal after decision on the appeal of *Canal I*.

On March 13, 2006, while the appeal was still pending, the Court granted the motion filed by plaintiff's then counsel, Meis & Alexander, for an order permitting their withdrawal as counsel. The order allowing withdrawal was effective on April 12, 2006, or when new counsel substituted in for Canal, whichever date was earlier. No new counsel was substituted, although the order specifically advised Mr. Andrew Wiecks, managing partner of Canal, that Canal could not appear in this Court without counsel and that, if Canal did not retain new counsel, Canal would be unable to oppose any motions.

Approximately a year later, the appeal in *Canal I* was completed. Hence, on March 14, 2007, this Court ordered a briefing schedule for defendants' renewed motion for judgment on the pleadings.

As the docket did not reflect the appearance of new counsel for Canal in this action, Mr. Wiecks was again reminded that Canal cannot appear in this court without counsel.

According to the March 14, 2007 order, Canal's response to the renewed motion for judgment on the pleadings was due April 13, 2007. It was not filed. Instead, on April 12, 2007, Mr. Wiecks sent a letter to the Court, received on April 16, 2007, stating that "Canal Properties LLC would like to request an extension of time to seek counsel" and requesting a 60 day extension. No explanation was offered for the one-year plus delay in seeking counsel, nor were any efforts to find counsel alluded to.

This pattern of delay has been characteristic of these duplicative cases since their outset. Canal has not even attempted to demonstrate good cause for the delay it now seeks, and defendants vigorously argue that it should be denied.

Accordingly, Canal's requested sixty day extension is DENIED. In light of the request, however, the Court ADJUSTS the briefing schedule for the motion for judgment on the pleadings as follows: **Canal's opposition papers may be filed, through counsel, on or before May 4, 2007; defendants' reply, if any, may be filed on or before May 11, 2007; and the hearing remains scheduled for Friday, May 18, 20007 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: April 23, 2007

_____
SUSAN ILLSTON
United States District Judge

2